# IN THE UNITED STATES BANKRUPTCY COURT FOR
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br><br>AIMEE LEWIS GOLUB<br><br><br><br>Debtors. | In Chapter 7 Proceeding<br>Case No. 22-00197 |

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on October 25, 2022, DOCKET NUMBER 7.

Dated: This 9th day of August, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

**MAURICE BELMONT VERSTANDIG**
Attorney

**WENDELL W. WEBSTER**
Chapter 7 Trustee

Dated: This 9th day of August, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257