The order below is hereby signed.

Signed: September 6 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **AIMEE LEWIS GOLUB,** | Case No. 22-00197-ELG |
| **Debtor.** | Chapter 7 |

### ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

This matter came before the court on the motion of the Acting United States Trustee to dismiss this case under § 707(b)(1). By consent of the parties, and for good cause having been shown,

IT IS HEREBY ORDERED that:

1. The Debtor's Chapter 7 case is hereby CONVERTED to a case under Chapter 13.

2. The Debtor shall have 14 days from the date of this order to file a Chapter 13 plan, subject to her right to seek an extension of such time period pursuant to Local Rule 3015-1(c).

3. A copy of this order be served by the clerk on the parties listed below.

I ask for this:

Gerard R. Vetter
Acting United States Trustee, Region Four

By: */s/ Michael T. Freeman*
Michael T. Freeman, Bar No. VA 65460
Assistant U.S. Trustee
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274 (Direct Dial)
(202) 934-4174 (Office Cell)
michael.t.freeman@usdoj.gov

Seen and Consented to:

/s/ Maurice B. VerStandig (by MTF with permission granted via email)
Maurice B. VerStandig
Bar No. MD 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
Phone (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

Copies To:

Aimee Lewis Golub
155 Drury Lane
Cleveland, OH 44124
*Debtor*

Maurice B. VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

All parties listed on mailing matrix

END OF ORDER