The order below is hereby signed.

Signed: September 6 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| **AIMEE LEWIS GOLUB,** | Case No. 22-00197-ELG |
| Debtor. | Chapter 7 |

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

This matter came before the court on the motion of the Acting United States Trustee to dismiss this case under § 707(b)(1). By consent of the parties, and for good cause having been shown,

IT IS HEREBY ORDERED that:

1. The Debtor's Chapter 7 case is hereby CONVERTED to a case under Chapter 13.

2. The Debtor shall have 14 days from the date of this order to file a Chapter 13 plan, subject to her right to seek an extension of such time period pursuant to Local Rule 3015-1(c).

3. A copy of this order be served by the clerk on the parties listed below.

I ask for this:

Gerard R. Vetter
Acting United States Trustee, Region Four

By: /s/ Michael T. Freeman
Michael T. Freeman, Bar No. VA 65460
Assistant U.S. Trustee
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274 (Direct Dial)
(202) 934-4174 (Office Cell)
michael.t.freeman@usdoj.gov

Seen and Consented to:

/s/ Maurice B. VerStandig (by MTF with permission granted via email)
Maurice B. VerStandig
Bar No. MD 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
Phone (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

Copies To:

Aimee Lewis Golub
155 Drury Lane
Cleveland, OH 44124
*Debtor*

Maurice B. VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

All parties listed on mailing matrix

END OF ORDER

United States Bankruptcy Court
District of Columbia

In re: Case No. 22-00197-ELG
Aimee Lewis Golub                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 3
Date Rcvd: Sep 06, 2023  Form ID: pdf001  Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aimee Lewis Golub, 155 Drury Lane, Cleveland, OH 44124-2012 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 764103 | + | Eye Doctors of Washington, 2 Wisconsin Circle Suite 230, Chevy Chase, MD 20815-7005 |
| 764106 | + | FMR LLC d/b/a Fidelity, P.O. Box 6376, Fargo, ND 58125-6376 |
| 764104 | + | Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0001 |
| 764110 | + | Kaiser Permanente, 1950 Franklin Street, Oakland, CA 94612-5103 |
| 764111 | + | Midwest Medical Systems, 655 Congress Park Drive, Dayton, OH 45459-4007 |
| 764112 | + | Mill Creek Residential Trust LLC, 1331 4th Street SE, Washington, DC 20003-4459 |
| 764114 | + | One Medical NY with Mt. Sinai, P.O. Box 102259, Pasadena, CA 91189-0111 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 06 2023 21:44:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 07 2023 10:47:18 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2023 21:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Sep 07 2023 10:47:22 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Sep 06 2023 21:44:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 06 2023 21:44:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 06 2023 21:44:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 06 2023 21:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 764097 | + | Email/PDF: bncnotices@becket-lee.com | Sep 06 2023 21:51:55 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 764098 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 06 2023 21:44:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE |

Case 22-00197-ELG    Doc 42    Filed 09/08/23    Entered 09/09/23 00:04:52    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2023 | Form ID: pdf001 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | 19899-8803 |
| 764099 | | Email/Text: bankruptcies@ccf.org | Sep 06 2023 21:44:00 | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195 |
| 764101 | | Email/Text: jcarlick@crossriver.com | Sep 06 2023 21:44:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 764100 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2023 21:44:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 764102 | + | Email/Text: mrdiscen@discover.com | Sep 06 2023 21:44:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 764105 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 06 2023 21:44:55 | Firstmark Services LLC, 121 South13th Street, Lincoln, NE 68508 |
| 764107 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 06 2023 21:44:00 | Goldman Sachs Bank, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 764108 | | Email/Text: goalrealignment@payoff.zendesk.com | Sep 06 2023 21:44:00 | Happy Money Inc., 21515 Hawthorne Boulevard, Torrance, CA 90503 |
| 764115 | | Email/Text: goalrealignment@payoff.zendesk.com | Sep 06 2023 21:44:00 | Payoff, Inc., Attn: Bankruptcy, 1700 Flight Way, Tustin, CA 92782 |
| 764109 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 06 2023 21:52:01 | JPMorgan Chase Bank, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 764113 | + | Email/PDF: pa_dc_claims@navient.com | Sep 06 2023 21:51:48 | Navient Solutions, LLC, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 764116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 21:51:58 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 764117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 06 2023 21:44:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdf001 | Total Noticed: 31 |

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Aimee Lewis Golub mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 7