22NTCHRG

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:                                                      Case No. 22-00197-ELG

      **Aimee Lewis Golub**                          Chapter 13
         **Debtor(s).**

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that at the request of the Court, the matters scheduled for 12/15/2023 at 9:30 AM are rescheduled to 1:00 PM on the same date, 12/15/2023.

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 11/20/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.