The order below is hereby signed.

Signed: February 16 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                  :
   AIMEE LEWIS GOLUB,        :         Case No. 22-00197- ELG
                                       :                    Chapter 13
   Debtor.                         :
                                       :

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

The Court held a hearing on February 16, 2024, on confirmation of the Chapter 13 Plan ("Plan") proposed by Aimee Lewis Golub ("Debtor") at ECF 46. The Court having concluded that the Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, and that Debtor appears unable to file a Plan susceptible of confirmation as she has not yet submitted any plan payment to the Chapter 13 Trustee, it is, therefore, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that confirmation of the Plan proposed by Debtor is denied without leave to amend or to file another Plan or modification of a Plan; and it is further,

ORDERED, that if, within fourteen (14) days from the date of the entry of this Order, this Case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. § 1307(c)(5) without further notice or hearing.

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
All creditors and parties and interest

**END OF ORDER**