The order below is hereby signed.

Signed: February 16 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
|    AIMEE LEWIS GOLUB, | : | Case No. 22-00197- ELG |
| | : | Chapter 13 |
|    Debtor. | : | |
| | : | |

_____

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

The Court held a hearing on February 16, 2024, on confirmation of the Chapter 13 Plan ("Plan") proposed by Aimee Lewis Golub ("Debtor") at ECF 46. The Court having concluded that the Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, and that Debtor appears unable to file a Plan susceptible of confirmation as she has not yet submitted any plan payment to the Chapter 13 Trustee, it is, therefore, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that confirmation of the Plan proposed by Debtor is denied without leave to amend or to file another Plan or modification of a Plan; and it is further,

ORDERED, that if, within fourteen (14) days from the date of the entry of this Order, this Case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. § 1307(c)(5) without further notice or hearing.

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
All creditors and parties and interest

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00197-ELG
Aimee Lewis Golub  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 3
Date Rcvd: Feb 16, 2024 | Form ID: pdf001 | Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aimee Lewis Golub, 155 Drury Lane, Cleveland, OH 44124-2012 |
| 764103 | + | Eye Doctors of Washington, 2 Wisconsin Circle Suite 230, Chevy Chase, MD 20815-7005 |
| 764106 | + | FMR LLC d/b/a Fidelity, P.O. Box 6376, Fargo, ND 58125-6376 |
| 764104 | + | Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0001 |
| 764108 | ++ | HAPPY MONEY, 21515 HAWTHORNE BLVD SUITE 200, TORRANCE CA 90503-6512 address filed with court:, Happy Money Inc., 21515 Hawthorne Boulevard, Torrance, CA 90503 |
| 764115 | ++ | HAPPY MONEY, 21515 HAWTHORNE BLVD SUITE 200, TORRANCE CA 90503-6512 address filed with court:, Payoff, Inc., Attn: Bankruptcy, 1700 Flight Way, Tustin, CA 92782 |
| 764110 | + | Kaiser Permanente, 1950 Franklin Street, Oakland, CA 94612-5103 |
| 764111 | + | Midwest Medical Systems, 655 Congress Park Drive, Dayton, OH 45459-4007 |
| 764112 | + | Mill Creek Residential Trust LLC, 1331 4th Street SE, Washington, DC 20003-4459 |
| 764114 | + | One Medical NY with Mt. Sinai, P.O. Box 102259, Pasadena, CA 91189-0111 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 764097 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 22:17:16 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 772749 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 22:17:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764098 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 16 2024 22:03:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 764099 | | Email/Text: bankruptcies@ccf.org | Feb 16 2024 22:03:00 | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195 |
| 764101 | | Email/Text: skeller@crossriver.com | Feb 16 2024 22:03:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 764100 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2024 22:03:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 764102 | + | Email/Text: mrdiscen@discover.com | Feb 16 2024 22:03:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 771596 | | Email/Text: mrdiscen@discover.com | Feb 16 2024 22:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 772003 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 16 2024 22:03:24 | Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 764105 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 16 2024 22:03:24 | Firstmark Services LLC, 121 South13th Street, Lincoln, NE 68508 |
| 764107 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 16 2024 22:03:00 | Goldman Sachs Bank, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 764108 | | Email/Text: sb_jira_integration@happymoney.com | | |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: pdf001 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 16 2024 22:03:00 | Happy Money Inc., 21515 Hawthorne Boulevard, Torrance, CA 90503 |
| 764115 | | Email/Text: sb_jira_integration@happymoney.com | Feb 16 2024 22:03:00 | Payoff, Inc., Attn: Bankruptcy, 1700 Flight Way, Tustin, CA 92782 |
| 764109 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2024 22:17:17 | JPMorgan Chase Bank, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 772436 | + | Email/Text: RASEBN@raslg.com | Feb 16 2024 22:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 772002 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 22:06:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 772885 | | Email/PDF: pa_dc_claims@navient.com | Feb 16 2024 22:06:22 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 764113 | + | Email/PDF: pa_dc_claims@navient.com | Feb 16 2024 22:06:40 | Navient Solutions, LLC, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 771667 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2024 22:03:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 771714 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2024 22:03:00 | Quantum3 Group LLC, as agent for MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 764116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 16 2024 22:06:24 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 764117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 16 2024 22:03:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 772788 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kristen S. Eustis | |

District/off: 0090-1 | User: admin | Page 3 of 3
--- | --- | ---
Date Rcvd: Feb 16, 2024 | Form ID: pdf001 | Total Noticed: 30

| | |
| --- | --- |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Aimee Lewis Golub mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 6