The order below is hereby signed.

Signed: March 1 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
|    AIMEE LEWIS GOLUB, | : | Case No. 22-00197- ELG |
| | : | Chapter 13 |
|    Debtor. | : | |
| | : | |

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on February 16, 2024, confirmation of the Chapter 13 Plan ("Plan") proposed by Aimee Lewis Golub ("Debtor") at ECF 46 was denied without leave to amend. Debtor has not properly prosecuted this action by electing to convert this Chapter 13 case to a case under another chapter or to dismiss within the time allowed by aforesaid Order. Further, no interested party has moved the Court to re-convert this case to a Chapter 7. It is, therefore, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the above-captioned Chapter 13 case is DISMISSED without prejudice.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated.

**IT IS SO ORDERED.**

I ASK FOR THIS:

<u>/s/Rebecca A. Herr</u>
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
All creditors and parties and interest

**END OF ORDER**