The order below is hereby signed.

Signed: March 1 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              :
    AIMEE LEWIS GOLUB,           :         Case No. 22-00197- ELG
                                  :               Chapter 13
    Debtor.                       :
                                  :
_____

**ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
AND NOTICE THAT AUTOMATIC STAY IS TERMINATED**

    By Order of Court entered on February 16, 2024, confirmation of the Chapter 13 Plan ("Plan") proposed by Aimee Lewis Golub ("Debtor") at ECF 46 was denied without leave to amend. Debtor has not properly prosecuted this action by electing to convert this Chapter 13 case to a case under another chapter or to dismiss within the time allowed by aforesaid Order. Further, no interested party has moved the Court to re-convert this case to a Chapter 7. It is, therefore, by the United States Bankruptcy Court for the District of Columbia,

    ORDERED, that the above-captioned Chapter 13 case is DISMISSED without prejudice.

    ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated.

    **IT IS SO ORDERED.**

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Debtor's Attorney*
*Trustee*
All creditors and parties and interest

**END OF ORDER**

United States Bankruptcy Court
District of Columbia

In re: Case No. 22-00197-ELG
Aimee Lewis Golub  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Mar 01, 2024 Form ID: pdf001 Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aimee Lewis Golub, 155 Drury Lane, Cleveland, OH 44124-2012 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 764103 | + | Eye Doctors of Washington, 2 Wisconsin Circle Suite 230, Chevy Chase, MD 20815-7005 |
| 764106 | + | FMR LLC d/b/a Fidelity, P.O. Box 6376, Fargo, ND 58125-6376 |
| 764108 | ++ | HAPPY MONEY, 21515 HAWTHORNE BLVD SUITE 200, TORRANCE CA 90503-6512 address filed with court:, Happy Money Inc., 21515 Hawthorne Boulevard, Torrance, CA 90503 |
| 764115 | ++ | HAPPY MONEY, 21515 HAWTHORNE BLVD SUITE 200, TORRANCE CA 90503-6512 address filed with court:, Payoff, Inc., Attn: Bankruptcy, 1700 Flight Way, Tustin, CA 92782 |
| 764110 | + | Kaiser Permanente, 1950 Franklin Street, Oakland, CA 94612-5103 |
| 764111 | + | Midwest Medical Systems, 655 Congress Park Drive, Dayton, OH 45459-4007 |
| 764112 | + | Mill Creek Residential Trust LLC, 1331 4th Street SE, Washington, DC 20003-4459 |
| 764114 | + | One Medical NY with Mt. Sinai, P.O. Box 102259, Pasadena, CA 91189-0111 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Mar 01 2024 22:25:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Mar 01 2024 22:19:03 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2024 22:25:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Mar 01 2024 22:19:05 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Mar 01 2024 22:25:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Mar 01 2024 22:25:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Mar 01 2024 22:25:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 22:28:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 764097 | + | Email/PDF: bncnotices@becket-lee.com | Mar 01 2024 22:28:50 | American Express, P.O. Box 981537, El Paso, TX |

Case 22-00197-ELG   Doc 60   Filed 03/03/24   Entered 03/04/24 00:05:12   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf001 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | 79998-1537 |
| 772749 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2024 22:39:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764098 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 01 2024 22:25:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 764099 | | Email/Text: bankruptcies@ccf.org | Mar 01 2024 22:25:00 | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195 |
| 764101 | | Email/Text: skeller@crossriver.com | Mar 01 2024 22:25:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 764100 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2024 22:25:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 764102 | + | Email/Text: mrdiscen@discover.com | Mar 01 2024 22:25:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 771596 | | Email/Text: mrdiscen@discover.com | Mar 01 2024 22:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 772003 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 01 2024 22:25:50 | Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 764105 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 01 2024 22:25:50 | Firstmark Services LLC, 121 South13th Street, Lincoln, NE 68508 |
| 764104 | ^ | MEBN | Mar 01 2024 22:19:09 | Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0001 |
| 764107 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 01 2024 22:25:00 | Goldman Sachs Bank, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 764108 | | Email/Text: sb_jira_integration@happymoney.com | Mar 01 2024 22:25:00 | Happy Money Inc., 21515 Hawthorne Boulevard, Torrance, CA 90503 |
| 764115 | | Email/Text: sb_jira_integration@happymoney.com | Mar 01 2024 22:25:00 | Payoff, Inc., Attn: Bankruptcy, 1700 Flight Way, Tustin, CA 92782 |
| 764109 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2024 22:28:49 | JPMorgan Chase Bank, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 772436 | + | Email/Text: RASEBN@raslg.com | Mar 01 2024 22:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 772002 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 22:28:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 772885 | | Email/PDF: pa_dc_claims@navient.com | Mar 01 2024 22:28:35 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 764113 | + | Email/PDF: pa_dc_claims@navient.com | Mar 01 2024 22:28:57 | Navient Solutions, LLC, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 771667 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2024 22:25:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 771714 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2024 22:25:00 | Quantum3 Group LLC, as agent for MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 764116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 22:28:35 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 764117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 01 2024 22:25:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |

TOTAL: 31

# BYPASSED RECIPIENTS

Case 22-00197-ELG   Doc 60   Filed 03/03/24   Entered 03/04/24 00:05:12   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf001 | Total Noticed: 39 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 772788 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Aimee Lewis Golub mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 6